IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MYLA FRAZIER,

    Plaintiff,

v.

    CIVIL ACTION NO.

SECURITAS SECURITY SERVICES USA, INC.,

    Defendant.

## COMPLAINT

NOW COMES the Plaintiff, Myla Frazier, by and through her attorneys, McDonald Law Firm, LLC, and as and for her Complaint against the Defendant, Securitas Security Services USA, Inc., alleges and shows to the court as follows:

### NATURE OF T HE ACTION

This action arises under Title VII of the Civil Rights Act of 1964 (hereinafter, "Title VII"), as amended, the Civil Rights Act of 1866, as amended by the Civil Rights Act of 1991 (hereinafter, "Section 1981"), to correct unlawful employment practices on the basis of gender and opposition to discrimination in the workplace and to provide appropriate relief to the Plaintiff who was adversely affected by such practices. Plaintiff seeks a permanent injunction against Defendant; lost wages, employment benefits, and other compensation; compensatory damages; punitive damages; costs; attorney's fees; and any other such relief the Court may deem appropriate.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is proper pursuant to 28 USC §1331. This action is authorized and instituted pursuant to Sections 703 and 704 of Title VII, 42 USC §2000e-2 et seq.

2. Venue is proper in this Court pursuant to 28 USC §1391(b) and (c). The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Wisconsin, and the employment records relevant to such practices are maintained and administered within the Eastern District of Wisconsin.

## PARTIES

3. The Plaintiff, Myla Frazier ("Frazier"), is an adult resident of the State of Wisconsin with a residence located at 3427 W. Willard Street, Apt. 209, Milwaukee, WI 53209.

4. The Defendant, Securitas Security Services USA, Inc. ("Securitas"), is foreign corporation with a principal office located at 9 Campus Drive, Parsippany, NJ 07054. Securitas's registered agent is National Registered Agents, LLC, 301 South Bedford Street, Suite 1, Madison, WI 53703.

## STATEMENT OF FACTS

5. Frazier began working for Securitas in April 2022 as a Security Guard.

6. Frazier performed her job satisfactorily throughout her employment with Securitas.

7. During her employment, Frazier was the only female employee on third shift.

8. Frazier was subjected to unwelcome conduct of the sexual nature by a coworker known as "Nave".

9. The sexual conduct included, but was not limited to, making repeated sexual comments in the workplace to Frazier.

10. On or around January 3, 2023, Nave questioned Frazier about what "sex toys" she liked.

11. Frazier immediately reported Nave's inappropriate sexual comments to her direct supervisor, Michael Schupp.

12. Frazier also told Michael Schupp that she was uncomfortable working with Nave as a result of his inappropriate sexual comments.

13. Michael Schupp did not take any action on Frazier's complaint of sexual harassment for nine (9) days.

14. During the nine (9) days following Frazier's sexual harassment complaint, Frazier was subjected to further sexual harassment by Nave.

15. Following Frazier's sexual harassment complaint, Nave accused Frazier of being a "snitch" for reporting his inappropriate sexual comments.

16. On January 12, 2023, Tracy Clouser, Securitas HR Representative, contacted Frazier and told Frazier that the coworker had been moved to a different facility immediately following the harassment.

17. Frazier told the HR Representative that her statement was false, as Frazier had been forced to work with the harasser over the previous nine (9) days.

18. Tracy Clouser became very loud and aggressive toward Frazier following Frazier's statement.

19. During the January 12, 2023 call, Tracy Clouser accused Frazier of "flirting" with Nave, which is false.

20. During the January 12, 2023 call, Tracy Clouser accused Frazier of "participating" in the sexual conversation with Nave, which is false.

21. Frazier's work environment became intolerable as a result of the coworker's continued harassment and Respondent's failure to protect her.

22. Frazier's employment ended on January 18, 2023.

23. All conditions precedent for filing the instant action have been satisfied as the Equal Employment Opportunity Commission issued a Right to Sue Letter to Frazier on July 23, 2025.

## STATEMENT OF CLAIMS

## DISCRIMINATION, HARASSMENT, AND RETALIATION UNDER TITLE VII

24. Frazier incorporates paragraphs 1-23 as if fully set forth herein.

25. Frazier is a member of a protected class as she is female and opposed sexual harassment in the workplace.

26. Frazier was subjected to inappropriate sexual comments in the workplace based upon her gender.

27. The harassment to which Frazier was subjected was severe or pervasive.

28. The harassment to which Frazier was subjected would be deemed offensive to a reasonable person.

29. Frazier considered the harassment to which she was subjected offensive.

30. Frazier opposed sexual harassment in the workplace and was subjected to further harassment.

31. Frazier was forced to work with Nave following her sexual harassment complaint.

32. Frazier's work environment became hostile and unbearable.

33. On information and belief, Securitas did not subject Nave to disciplinary action as a result of his inappropriate sexual comments to Frazier.

34. On information and belief, Securitas did not create a hostile work environment for Nave.

35. Securitas created a hostile work environment for Frazier because she opposed sexual harassment in the workplace.

36. Securitas's conduct as alleged herein was done intentionally and with reckless disregard for Frazier's federally protected rights.

37. Frazier has suffered mental pain and anguish as a result of Securitas's unlawful conduct.

38. Frazier seeks reinstatement, lost pay, lost benefits, out of pocket expenses, non-pecuniary compensatory damages, punitive damages, and attorney's fees and costs for Securitas's unlawful conduct.

## PRAYER FOR RELIEF

A. Grant a permanent injunction against the Defendant and its officers, assigns and all persons in active concert or participation with them, from engaging in any employment practice which discriminates on the basis of gender or opposition to conduct made unlawful by Title VII.

B. Order the Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for all genders and all persons who oppose conduct made unlawful by Title VII, and which eradicate the effects of its past and present unlawful employment practices.

C. Order the Defendant to make whole Frazier by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order the Defendant to make whole Frazier by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in the foregoing paragraphs in amounts to be determined at trial.

E. Order the Defendant to make whole Frazier by providing compensation for past and future nonpecuinary losses, including, but not limited to, emotional pain, suffering, inconvenience and mental anguish resulting from the unlawful practices complained of in the foregoing paragraphs in amounts to be determined at trial.

F. Order the Defendant to compensate Frazoer for the attorney's fees and costs she has incurred as a result of bringing this action.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

## JURY TRIAL DEMANDED

The Plaintiff, Myla Frzier, requests a jury trial on all questions of fact raised by this complaint.

Dated on this 20th day of October, 2025.

       **MCDONALD LAW FIRM, LLC**
       Attorneys for Plaintiff

By: s/Shannon D. McDonald
     Shannon D. McDonald
     WI State Bar No. 1036954
     N96W18221 County Line Rd. #200
     Menomonee Falls, WI 53051
     Direct: (262) 252-9123
     Office: (262) 252-9122
     Fax:    (414) 395-8773
     sdm@themklaw.com